UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-31513 |
| MARK RAWA, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO SELL REAL PROPERTY

THIS MATTER coming to be heard on the debtor's motion to sell real property, due notice having been given, and the court being advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. The debtor is authorized to sell real property located at 210 Saratoga Ct., Gurnee, IL 60031. From the proceeds $5,000.00 must be paid to the Chapter 13 Trustee to be applied to the Debtor's Chapter 13 plan. After all liens on the property are satisfied, any additional funds shall be property of the Debtor.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: November 20, 2020

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 602090
847/520-8100
davidsiegelbk@gmail.com